EXHIBIT "B"

Dockets.Justia.com

# FRANKLIN, MOSELE & WALKER, P.C.
Attorneys at Law
4200 WESTHEIMER, SUITE 130
HOUSTON, TEXAS 77027

Thomas J. Mosele  
Joseph W. Walker

Telephone: (713) 840-7395  
Telefax:   (713) 840-7448

October 20, 2006

TO:     Mr Richardo Jones, EEOC Federal Investigator  
        33 Whitetale Street 5th floor  
        New York, NY 10004-2112

RE:     Roy Tarpley Charge No. 460-2006-04831

    Roy Tarpley amends his charge of discrimination filed on July 20th 2006, to include his employer Dallas Basketball Limited d/b/a Dallas Mavericks. Roy Tarpley incorporates by reference all claims and exhibits attached to his charge filed on July 20TH, 2006 against the National Basket Ball Association and his response filed October 10th 2006. Mr. Tarpley amends this complaint due to the fact that the Dallas Mavericks has delegated it's responsibilities as his employer to the National Basketball Association, even though, The National Basketball Association has asserted in Federal Court that it is only " an integrated business enterprise that engages in the production and marketing of entertainment product known as "NBA Basketball". The NBA consists of thirty member teams, each operating a professional basketball team in a particular geographic location in North America." *National Basketball Association v. National Basketball Players Association,* **No. 04 Civ. 9528, United States District Court S.D. NY (2005).**

    The Dallas Mavericks have designated the National Basketball Association as it's agent to administer discriminatory and arbitrary practices which act to strip Roy Tarpley of his ability to pursue his profession as a professional basketball player on the basis of all allegations incorporated by reference herein. The Dallas Mavericks have furthermore fostered and failed to correct the public perception that Roy Tarpley was terminated from the NBA for the use of an illegal substance.

    By contract The Dallas Mavericks also have retained interest in Roy Tarpley's employment once he is reinstated under Section 12 (f)(I) of the Collective Bargaining Agreement, July 29, 2005 and therefore, the Dallas Mavericks continue to be responsible for the discriminatory actions of the National Basketball Association.

Sincerely Joseph W. Walker

Counsel for Roy Tarpley

55 William Street [illegible]
New York, NY 10004-2112

Re: Roy Tarpley Jr. v. NBA Charge No. 460-2006-04831

Dear Mr. Jones,

Please see attached :

1. Amended Charge of Discrimination against the NBA where we have added the Dallas Mavericks. The original will follow by regular mail. Please file the amended complaint .

If you have any question or need further clarification feel free to give us a call @ 713-840-7395.

Regards,

Joseph W. Walker

Pages 1of 2

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY UNAUTHORIZED DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE.

From ax: 7138407448

** Transmit Conf. Report **

P.1 Oct 20 2006 11:20

| Telephone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 12123363624-/66 | NORMAL | 20,11:18 | 1'10" | 3 | * O K | |

EEOC Form 5 (5/01) **Amended**

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

_____ and EEOC

State or local Agency, if any

**Name** (Indicate Mr., Ms., Mrs.): Mr. Roy James TARPLEY JR.
**Date of Birth:** 11/28/1964

**Street Address:** C/O Franklin, Mosele & Walker P.C. **City, State and ZIP Code:** 4200 Westheimer Rd Suite 130, Houston, Texas 77027

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. with Area Code |
|---|---|---|
| The National Basketball Association | 15+ | 212-407-8000 |

**Street Address:** 645 Fifth Avenue **City, State and ZIP Code:** New York, New York 10022

| Name | No. Employees, Members | Phone No. with Area Code |
|---|---|---|
| Dallas Basketball Limited d/b/a Dallas Mavericks | 15+ | 214-871-9088 |

**Street Address:** 777 Sports Street **City, State and ZIP Code:** Dallas, Texas 75207

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE** Earliest / Latest

☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10/20/2006
Date / Charging Party Signature

NOTARY — When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 10/20/06
(month, day, year)

LAURA JEAN STEWART MELLOTT
Notary Public, State of Texas
My Commission Expires
July 28, 2010