Tarpley v. National Basketball Association, Inc. et al
Case 4:07-cv-03132   Document 3   Filed 10/05/2007   Page 1 of 2
Doc. 3

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ROY TARPLEY** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 4:07-CV-3132 |
| THE NATIONAL BASKETBALL | § | JURY |
| ASSOCIATION, INC. AND DALLAS | § | |
| BASKETBALL LIMITED D/B/A THE | § | |
| DALLAS MAVERICKS | | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Plaintiff, Roy Tarpley, and files this, his Certificate of Interested parties. The following persons or entities have an interest in this matter:

1. Roy Tarpley
   3800 Mahonia Way
   Apt. # 2027
   Arlington, TX  76014
   Telephone (832) 741-1215
   *Plaintiff*

2. The National Basketball Association, Inc.
   Olympic Tower
   645 Fifth Street
   New York, NY  10022
   Telephone (212) 407-8000
   *Defendant*

3. The Dallas Basketball Limited d/b/a Dallas Mavericks
   The Pavilion
   Corporate Headquarters
   777 Sports Street
   Dallas, TX  75207
   Telephone (214)871-9088
   *Defendant*

1

4.     Strasburger & Price, L.L.P.
       1401 McKinney, Suite 2200
       Houston, TX 77010-4035
       Telephone (713) 951-5600
       Facsimile (713)951-5660
       *Attorney for Plaintiff Roy Tarpley*

5.     Franklin, Mosele & Walker, .C.
       4200 Westheimer, Suite 130
       Houston, Texas 77027
       Telephone (713) 840-7395
       Facsimile (713) 840-7448
       *Attorney for Plaintiff Roy Tarpley*

Respectfully submitted,

_____
**GARY SILLER**
State Bar No. 18350300
Federal Id no. 3050
**JANA H. WOELFEL**
State Bar No. 00788701
Federal Id. No. 16898
**STRASBURGER & PRICE, LLP**
1401 McKinney Street, Suite 2200
Houston, Texas 77010-4035
(713) 951-5600
(713) 951-5660 Fax

**JOSEPH W. WALKER**
State Bar No. 00785168
Federal Id No. 15445
**TOM MOSELE**
State Bar No. 14564900
Federal Id No. 15428
**FRANKLIN, MOSELE & WALKER, P.C.**
4200 Westheimer, Suite 130
Houston, Texas 77027
(713) 840-7395
(713) 840-7448 Fax

**ATTORNEYS FOR PLAINTIFF ROY TARPLEY**